IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera  
Court Reporter:      Kara Spitler

Date: June 19, 2012

Civil Action No. 12-cv-00860-RBJ

*Parties*:

*Counsel*:

STANLEY HARRIS,

Keith Shandalow

    Plaintiff,

v.

AMERIGAS PROPANE, INC.,

Michael Higgins

    Defendant.

## COURTROOM MINUTES

**HEARING:   TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:       8:33 a.m.**

Opening remarks by the Court.

Discussion regarding amending the complaint.

**ORDERED:**  Leave to amend the complaint is GRANTED.

**ORDERED:**  Defendant's Motion to Dismiss the First, Second, and Fifth Claims for Relief Doc. #[15] is deemed MOOT.

Discussion regarding setting a settlement conference.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Deadline for Amendment of pleadings: **December 31, 2012.**

Deadline for Joinder of parties: **June 29, 2012.**

Discovery Cut-off: **December 31, 2012.**

Dispositive Motions deadline: **January 31, 2013.**

Parties shall designate affirmative experts **on or before November 24, 2012.**

Parties shall designate rebuttal experts **on or before December 3, 2012.**

Each party shall be limited to **ten** depositions, absent leave of court.

Each party shall be limited to **twenty-five** interrogatories and **twenty-five** requests for production of documents, absent leave of court.

**AN EARLY NEUTRAL EVALUATION is not set at this time.**

**FINAL  PRETRIAL/TRIAL PREPARATION CONFERENCE**  is set for **May 10, 2013 at 8:00 a.m** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth  Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**JURY TRIAL** is set for **June 3, 2013 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth  Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

HEARING CONCLUDED.
**Court in recess:       8:55 a.m.**
Total time in court:     00:22