IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-00860-RBJ-MEH

STANLEY HARRIS,

    Plaintiff,

v.

AMERIGAS PROPANE, INC.,

    Defendant/Counter Claimant,

PAUL CALLAHAN,
MICHELLE BIMSON,
COLLEEN FAY,
ANDREW PAYTON, and
LEE SAMUELS,

    Defendants.

---

ORDER

---

This matter is before the Court on the December 5, 2012 Order and Recommendation of Magistrate Judge Michael E. Hegarty [docket #47]. As relevant here, the Recommendation addresses defendants' Renewed Motion to Dismiss the First and Fourth Claims for Relief [#28]. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. Despite this advisement, no objection to Magistrate Judge Hegarty's Recommendation was filed by either

party. "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

The Court has reviewed the relevant pleadings concerning the Recommendation. Based on this review, the Court concludes that the Magistrate Judge's analyses and recommendations are correct, and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note. Therefore, the Court ADOPTS the Recommendation of The United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge [#47] is AFFIRMED and ADOPTED. Defendants' Renewed Motion to Dismiss the First and Fourth Claims for Relief [#28] is GRANTED.

DATED this 11th day of February, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge